Gregory M. Fox, State Bar No. 070876
Joanne Tran, State Bar No. 294402
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:     (415) 353-0990
Email:         gfox@bfesf.com
               jtran@bfesf.com

Attorneys for Defendants
CITY OF FAIRFIELD, FAIRFIELD POLICE
DEPARTMENT and OFFICER SCOTT LEDFORD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOORE,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S DEPARTMENT, FAIRFIELD POLICE DEPARTMENT, OFFICER SCOTT LEDFORD, OFFICER DOES 1 through 25, and DOES 26 through 50, inclusive,<br><br>      Defendants. | Case No. 2:19-cv-01314-MCE-KJN<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE BY PLAINTIFF MICHAEL MOORE AS TO DEFENDANTS CITY OF FAIRFIELD, FAIRFIELD POLICE DEPARTMENT AND OFFICER SCOTT LEDFORD**<br><br><br>**Honorable Morrison C. England, Jr.** |

Plaintiff MICHAEL MOORE acting by and through his attorney Dionne Choyce, and defendants CITY OF FAIRFIELD, FAIRFIELD POLICE DEPARTMENT and OFFICER SCOTT LEDFORD, acting by and through their attorney Gregory M Fox, stipulate for an Order of Dismissal With Prejudice of the entire action as to defendants CITY OF FAIRFIELD, FAIRFIELD POLICE DEPARTMENT, OFFICER SCOTT LEDFORD, and any and all City of Fairfield Doe Defendants with each party to this stipulation bearing their own fees and costs.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 21, 2019          THE CHOYCE LAW FIRM

By:          */s/ Dionne E. Choyce*
          Dionne E. Choyce
          Attorneys for Plaintiff
          MICHAEL MOORE

Dated: November 21, 2019          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:          */s/ Gregory M. Fox*
          Gregory M. Fox
          Joanne Tran
          Attorneys for Defendants
          CITY OF FAIRFIELD, FAIRFIELD POLICE
          DEPARTMENT, and OFFICER SCOTT LEDFORD

## **ATTORNEY ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: November 21, 2019          */s/ Gregory M. Fox*
          Gregory M. Fox

## **ORDER**

Based on the stipulation of the parties, the entire action as to the CITY OF FAIRFIELD, FAIRFIELD POLICE DEPARTMENT, OFFICER SCOTT LEDFORD, and all City of Fairfield Doe Defendants, is DISMISSED with prejudice, each side to bear their own fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE